**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

PRIORITY RECORDS LLC, a California )
limited liability company; INTERSCOPE )
RECORDS, a California general partnership; )
and UMG RECORDINGS, INC., a Delaware )
corporation, )
                       )
            Plaintiffs, )        **Case No.: 1:06CV547**
                       )
v. )
                       )
LESTER SMITH, )
                       )
            Defendant. )

## ORDER

        Plaintiffs on August 27, 2007, having filed a Notice of Settlement and having requested a

stay of this matter for forty-five (45) days to allow the parties to finalize their settlement

agreement and submit the appropriate paperwork to the Court, and having represented that the

notice of settlement was filed with the consent of Defendant, and good cause appearing,

        IT IS HEREBY ORDERED that this matter is stayed for a period of forty-five (45) days

from the date of this Order.

                                   _____
                                     United States District Judge

September 7, 2007